# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39210**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Morris A. NED**
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 6 February 2018

————————————

*Military Judge:* Mark W. Milam (arraignment); Brian D. Teter.

*Approved sentence:* Bad-conduct discharge, confinement for 24 months, forfeiture of all pay and allowances, and reduction to E-1. Sentence adjudged 8 November 2016 by GCM convened at Keesler Air Force Base, Mississippi.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF; Major Allen S. Abrams, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF.

Before HARDING, SPERANZA, and HUYGEN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Arti-

cles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KATHLEEN M. POTTER
Deputy Clerk of the Court